# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time



RECEIVED
U.S. COURT OF APPEALS
DEC 19 2022
FILED

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** | 3:22-cr-00036-CRB-1 / 22-10311

**Case Name** | USA vs Juli Mazi

**Requesting Party Name(s)** | Juli Mazi

**I am:**  ● The party requesting the extension.
  ○ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**

☐ Brief (*you must also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated
☒ Other (*you must describe the document*)
  | Information update, correction of account |

**The requested new due date is:** | February 3, 2023 |

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

This extension is being requested because the initial documents filed have not been acknowledged. Facts and points filed on the record have not been rebutted. The plea agreement was signed under threat and duress, due to ineffective assistance of counsel.

**Signature** | ☒ : JULI : HOUSE OF MAZI | **Date** | 12/9/22 |
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14        1        *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: March 3, 2023

3. The brief's first due date was: March 3, 2023

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   The extension is necessary to allow the court to update the information and a correction of the account.

5. The position of the other party/parties regarding this request is:

   ☐ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☒ Unknown. I am unable to verify the position of the other party/parties because:

   there is no injured party.

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ :JUU: HOUSE OF MAZI  **Date** 12/9/22
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*