

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** Information Update, Corrections of Account

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** 3:22-cr-00036-CRB-1

**Case Name** USA vs. Juli Mazi

**Lower Court or Agency Case Number** No. 22-10311

**What is your name?** Juli Mazi

1. **What** do you want the court to do?

   The court needs to update the record regarding accounts being administered as property of first nation and remove all adhesions to contracts signed under threat, duress and coercion.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   All first nation accounts are not subject to another nation's laws (please refer to affidavit on file with 29 supporting cases of immunity).

   All contracts signed under threat, duress and coercion are null and void 3-305, (ii).

Your mailing address:

N/A

City RFD   State CA   Zip Code [95864]

Prisoner Inmate or A Number (if applicable) N/A

**Signature** :JULI: HOUSE OF MAZI:   **Date** 12/9/22

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27   New 12/01/2018



**Dr. Juli Mazi**
http://DrJuliMazi.com
707-401-2277

December 9, 2022

I, Dr. Juli Mazi have certified mailed the following documents
with certified mail receipt number 7018 3090 0000 0998 9131
to the
U.S. Court of Appeals for the Ninth Circuit,
PO Box 193939
San Francisco, CA 94119-3939

- Form 4
- Financial Affidavit
- Form 24
- Form 13
- Form 14
- Form 27
- Appellant's Informal Opening Brief

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
DEC 19 2022
FILED_____
DOCKETED_____
DATE

Sincerely,

Dr. Juli Mazi : Juli : House of