```
                                                                FILED
           UNITED STATES COURT OF APPEALS
                                                                JAN 3 2023
              FOR THE NINTH CIRCUIT
                                                            MOLLY C. DWYER, CLERK
                                                             U.S. COURT OF APPEALS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10311 |
| Plaintiff-Appellee, | D.C. No. 3:22-cr-00036-CRB-1 <br> Northern District of California, |
| v. | San Francisco |
| JULI MAZI, | ORDER |
| Defendant-Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's motions to proceed in forma pauperis (Docket Entry Nos. 4 & 7) contain crossed out sections, which make it difficult for the court to assess whether appellant qualifies for in forma pauperis status on appeal. Appellant's motion (Docket Entry No. 4) for appointment of counsel is granted conditionally, subject to appellant filing a renewed completed financial affidavit (CJA Form 23). The Clerk will amend the docket to reflect that appellant is proceeding in forma pauperis.

Within 35 days after counsel is appointed, counsel must assist appellant in completing the CJA Form 23 and file the completed affidavit with this court. If appellant submits a completed CJA Form 23 showing indigency, the appointment will continue without further order of the court.

The Clerk will electronically serve this order on the appointing authority for the Northern District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant must designate the reporter's transcript by February 6, 2023. The transcript is due March 8, 2023. The opening brief and excerpts of record are due April 17, 2023; the answering brief is due May 17, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk will strike the informal opening brief submitted at Docket Entry No. 8.

Because appellant has been appointed counsel for the appeal, the court will take no action on appellant's pro se motions submitted at Docket Entry Nos. 5 & 6.

The Clerk will serve this order on appellant individually: 4146 Ashton Dr., Sacramento, CA 95864.