

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JAN 0 5 2023

FILED
DOCKETED

Form 16. Circuit Rule 27-3 Certificate for Emergency Motion  DATE  INITIAL

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** | 22-10311

**Case Name** | USA vs Juli Mazi

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

a stay of surrender date pending appeal.

Relief is needed no later than *(date)*: January 6, 2023

The following will happen if relief is not granted within the requested time:

The defendant is of First Nation and therefore, has sovereign immunity and the court would be in violation of fiduciary obligations to First Nation and individual members. The defendant will be unable to fulfill her obligations to perform within her Naturopathic Oath. She will no longer be able to practice medicine and offer care to her patients, which would negatively impact public safety and the health of individuals. She will no longer be able to provide care for her family, leaving her family in hardship. She will be further defamed. Her patients will have all of their services interrupted.

I could not have filed this motion earlier because:

Due to the holidays, it has been impossible to retain new legal counsel and get advised on filing this motion.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 16 | 1 | Rev. 11/21/2019

I requested this relief in the district court or other lower court: ○ Yes ● No

If not, why not:

> As a self representing party, I was unable to retain new counsel due to the holidays. Because of the current pending appeal in the 9th Circuit Court, the relief is being filed in the 9th Circuit Court as well.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ○ Yes ● No

If not, why not:

> I called several times within normal business hours on January 4, 2023 and there was no answer or way to leave a voicemail. Otherwise, during the holidays, I called many times unable to reach anyone or leave a voicemail. I have no electronic filing permissions.

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: January 4, 2023

By *(method)*: email: katherine.lloyd-lovett@usdoj.gov

Position of other parties: prosecution

Name and best contact information for each counsel/party notified:

> Katherine M. Lloyd-Lovett
> katherine.lloyd-lovett@usdoj.gov
> 510-637-3680
>
> Babu Kaza
> Sridhar.Babu.Kaza@usdoj.gov

I declare under penalty of perjury that the foregoing is true.

**Signature** [signature] **Date** 1/4/23

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Case No. 22-10311

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

JULI MAZI,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
Criminal Case No. 3:22-cr-00036-CRB
Honorable Charles R. Breyer

EMERGENCY MOTION UNDER CIRCUIT RULE 27-3

Appellant's Emergency Motion for Stay of Surrender Date

Dr. Juli Mazi
4146 Ashton Dr.
Sacramento, CA 95864
530-888-9471
dr.julimazi@gmail.com

*Defendant-Appellant in Pro Per*

## INTRODUCTION

Pursuant to Circuit Rule 27-3, Defendant-Appellant (hereinafter "Appellant"), respectfully submits this Emergency Motion for Stay of Surrender Date Pending Appeal Under Rule 27-3.

The Appellant respectfully moves that this Court grant a Stay of the United State District Court Northern District of California's Order dated November 29, 2022, pending appellate review of that Order. (District Court Case, Dkt. 58). As explained in more detail in the accompanying Memorandum of Authorities, a Stay is appropriate because **(i)** Appellant's appeal will present serious legal questions; and **(ii)** absent a stay Appellant will suffer irreparable injury.

In the alternative, in the event the Court denies this Motion, Appellant respectfully requests that the date of compliance with the District Court's November 29, 2022, Order be extended to allow Appellant to present her Stay request to the Court of Appeals and still have time to comply with the November 29, 2022, Order, if necessary. Appellant, therefore, alternatively, and respectfully requests an extension of the January 6, 2023, surrender date two weeks past the date of any order of this Court denying Appellant's Motion for a Stay of the District Court's Order.

## MEMORANDUM OF AUTHORITIES

This Appeal presents serious legal issues, such as the following:

2

(i) According to Executive Order 13175, section 3(b), maximum administrative discretion:

    a. Please provide the laws that delegate the authority to release information to the public pursuant to the maximum administrative discretion.

    b. Please provide the laws that allow the court to disregard the services that a Naturopathic Doctor is licensed to administer.

    c. Please provide the laws that state there is a penalty for substitution of alternative products.

    d. Please provide the laws that prohibit alternative products to be administered for emergency use.

(ii) According to Public Law 93-638- First Nation Self Determination Act, all corporations, municipalities, commercial courts hold no authority over claimed accounts of First Nation.

(iii) According to the Affidavit filed with 29 supporting cases regarding First Nation Case Law about Sovereign Immunity:

    a. Please provide the law that overrides these long-standing case laws.

    b. Please provide the laws that give the Ninth Circuit Court of Appeals, and the Northern District Court of California jurisdiction over First Nation without a waiver or immunity on file.

3

(iv) According to 18 USC section 241 regarding the Conspiracy Against Rights:

    a. Please provide any laws that allow for conspiring, oppression, and threatening the free exercise of providing naturopathic care to patients.

    b. Please provide any laws that allow for kidnapping or the attempt to kidnap.

(v) According to 18 USC section 242 regarding Deprivation of Rights Under Color of Law:

    a. Please provide any laws that allows for deprivation of rights, privileges or immunities secured by the supreme law of the land.

(vi) According to 3-305 A1,p(ii), contracts made under threat, duress, coercion hold no obligations. With a plea agreement signed under these conditions:

    a. Please provide any laws that prevent a withdraw of plea signed under threat, duress and coercion.

    b. Please provide any laws that allow a sentencing based on a plea agreement signed under these conditions.

(vii) All First Nation accounts are not subject to another nation's laws.

4

Absent a Stay, the irreparable injury the Appellant will experience includes the following:

(i) The Appellant is of First Nation and therefore, has sovereign immunity and the court would be in violation of fiduciary obligations to First Nation and individual members.

(ii) The Appellant will be unable to fulfill her obligations to perform within her Naturopathic Oath.

(iii) The Appellant will no longer be able to practice medicine and offer care to her patients, which would negatively impact public safety and the health of individuals.

(iv) The Appellant will no longer be able to provide care for her family, leaving her family in hardship.

(v) The Appellant will be further defamed.

(vi) The Appellant's patients will have all of their services interrupted.

Last, Appellant is not a flight risk because she lives in the State of California and conducts her business in the State of California, Appellant has remained on release for the entirety of this case, Appellant has attended all appearances as requested, and is not a danger to the community.

Therefore, since Appellant is not a danger to the community, and is of First Nation, with sovereign immunity that has not been waived, the Court should grant this Emergency Motion to Stay the Surrender Date

## **CONCLUSION**

For the foregoing reasons, Appellant respectfully requests that this Court grant this Emergency Motion for Stay of Surrender Date Pending Appeal Under Rule 27-3, or in the alternative, extend the January 6, 2023, surrender date two weeks past the date of any order of this Court denying Appellant's Motion for a Stay of the District Court's Order.

Respectfully Submitted,

Dated: January 5, 2023

Dr. Juli Mazi
4146 Ashton Dr.
Sacramento, CA 95864
(530) 888-9471
dr.julimazi@gmail.com

*Defendant-Appellant in Pro Per*

## CERTIFICATE OF SERVICE

I hereby certify that I served on the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit, and attorney for Petitioner-Appellee listed below, either by mail or hand delivery, a copy of the **Appellant's Emergency Motion for Stay of Surrender Date Pending Appeal**, and any attachments on January 5, 2023.

Clerk of the Court for the United States Court of Appeals for the Ninth Circuit:
The James R. Browning Courthouse
95 7th Street
San Francisco, Ca 94103


Katherine M. Lloyd-Lovett, Assistant United States Attorney, *Attorney for Petitioner-Appellee, United States of America*:
United States Attorney's Office, Northern District of California
1301 Clay Street, Suite 340S
Oakland, CA 94612

_____
Dr. Juli Mazi
*Defendant-Appellant in Pro Per*