

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*                    *(415)436-7200*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*                 *FAX: (415)436-7234*

April 7, 2023

Molly Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

     Re:   *United States v. Juli Mazi*, C.A. No. 22-10311

Dear Ms. Dwyer:

     On March 8, 2023, the United States moved to conditionally dismiss Defendant-Appellant Juli Mazi's appeal from her criminal conviction and sentence unless Mazi, who was then a fugitive with an outstanding warrant, surrendered herself to custody within 30 days.  Dkt. 26-1.

     On April 6, 2023, Mazi was found and arrested in Seattle and remanded into the custody of the Bureau of Prisons to begin serving her sentence.

            Very truly yours,

            ISMAIL J. RAMSEY
            United States Attorney

            */s/ Matthew M. Yelovich*
            MATTHEW M. YELOVICH
            Assistant United States Attorney

Cc:  Michael Gomez, Counsel for Defendant-Appellant (by ECF)